IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRANASH (TIANJIN) TECHNOLOGY DEVELOPMENT CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:24-cv-04156 <br><br> Judge: Hon. Manish S. Shah <br><br> Magistrate Judge: Hon. Jeannice W. Appenteng |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Pranash (tianjin) Technology Development Co., Ltd. hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 34 | maigukeji | eBay | 2499429639 |
| 37 | easytrade08 | eBay | 2578302474 |
| 39 | Goalgoab | eBay | 2561643037 |
| 40 | usmai023 | eBay | 2544922538 |
| 42 | goldsaler1 | eBay | 2399250273 |
| 43 | Lingduoshop | eBay | 2391206613 |
| 47 | Adulttoy | eBay | 2468114718 |
| 51 | sztyu1 | eBay | 2547417039 |
| 53 | Sipaichen | eBay | 2610223284 |

DATE: August 13, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas S. Lee
　　　　　　　　　　　　　　　　　　　　　　　　Edward L. Bishop

ebishop@bdl-iplaw.com  
Nicholas S. Lee  
nlee@bdl-iplaw.com  
Benjamin A. Campbell  
bcampbell@bdl-iplaw.com  
Sameeul Haque  
shaque@bdl-iplaw.com  
BISHOP DIEHL & LEE, LTD.  
1475 E. Woodfield Road, Suite 800  
Schaumburg, IL 60173  
Telephone: (847) 969-9123  
Facsimile: (847) 969-9124  

*Counsel for Plaintiff, Pranash (tianjin) Technology Development Co., Ltd.*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this August 13, 2024. Any other counsel of record will be served by electronic and/or first-class mail.

                /s/ Nicholas S. Lee
                Nicholas S. Lee